```
                                    UNITED STATES DISTRICT COURT
                                              FILED

                                         March 22, 2000

                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                                Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-0181

## CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, APRIL 12, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

| | |
|---|---|
| 99-1168 | GERALD W. CARDARONELLA V FAB CON INC., ET AL<br>As to Abdon Callais Offshore, L.L.C., etc. |
| 99-1534<br>c/w<br>99-1710 | IN THE MATTER OF TE MARINE, INC., ETC.<br>(REF: 99-1710) |
| 99-2311 | RENE MEJIA, JR. V MONITOR, LTD., ET AL<br>As to Centrosim Management Company |
| 99-2616 | DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL<br>As to defendants Robert F. Morrwo, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury<br>As to third-party defendants Louisiana Tire Centers, Inc. and Joe Conti Toyota, Inc. |
| 99-3928 | COLORODO RIVER COMMUNICATIONS, INC. V MCI WORLDCOM COMMUNICATIONS, INC. |

```
__Fee_____
__Process____
__Dktd____KAC
__CtRmDep____
  Doc.No._____
```

| | |
|---|---|
| 00-0020 | CARGILL FERROUS INTERNATIONAL V M/V DURMITOR, ETC., ET AL |
| 00-0098 | UNITED STATES OF AMERICA V DIANNA J. WILLIAMS |
| 00-0155 | HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL |
| 00-0181 | SUSAN NORTON V EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES |

*Kimberly A. County*
KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**