```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA
                                      OCT - 4 2000
                                   2000 OCT -4  AM II: 18

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 2, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN NORTON | CIVIL ACTION |
| VERSUS | NO. 00-181 |
| EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES | SECTION "C" (2) |

### HEARING ON MOTION

**APPEARANCES:** None

**MOTION:** Plaintiff's Motion to Compel Responses to Discovery

**O R D E R E D:**

__XXX__ : CONTINUED: Michael Hesse, counsel for movant, has advised the Court that defendant has provided voluminous materials in response to the disputed discovery and that he requires time to review the materials to determine if the motion is moot. Accordingly, **IT IS ORDERED** that plaintiff's motion to compel, previously set for hearing on October 4, 2000 without oral argument, is hereby continued to **October 18, 2000**, without oral argument.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT - 4 2000