FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 23 PM 12:56

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
October 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN NORTON | CIVIL ACTION |
| VERSUS | NO. 00-181 |
| THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES | SECTION "C" (2) |

### HEARING ON MOTION

MOTION:     Plaintiff's Motion to Compel Responses to Discovery

**O R D E R E D**:

__XX__ :     DISMISSED AS MOOT. Counsel for movant has advised the Court that the parties have resolved their discovery dispute. Accordingly, the motion is moot.

DATE OF ENTRY
OCT 2 3 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE