FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -2 PM 4: 22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN NORTON | CIVIL ACTION NO. 00-0181 |
| VERSUS | SECTION C |
| THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES | JUDGE BERRIGAN |
| | MAGISTRATE WILKINSON |

## FINAL MOTION AND ORDER TO DISMISS WITH PREJUDICE

**ON MOTION** of plaintiff, Susan Norton, appearing herein through her attorney of record, and upon representing to the Court that plaintiff has settled all claims against defendant, The Equitable Life Assurance Society of the United States, as of compromise and settlement;

**WHEREFORE**, plaintiff, Susan Norton, respectfully moves the Court to dismiss this action against defendant, The Equitable Life Assurance Society of the United States, with prejudice and as of compromise, the parties to bear their own costs.



DATE OF ENTRY
JAN 3 2001



Fee
Process
X Dktd
CtRmDep
Doc.No.

Respectfully submitted,

HESSE AND BUTTERWORTH

_____
Michael O. Hesse, Esq.(#6842)
392 Ferdinand Street
P. O. Drawer 1099
St. Francisville, LA 70775
Telephone (225) 635-3839

Attorney for plaintiff, Susan Norton

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served on all parties to this proceeding by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this ___26ᵗʰ___ day of ___December_____, 2000.

_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SUSAN NORTON

VERSUS

THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES

CIVIL ACTION NO. 00-0181

SECTION C

JUDGE BERRIGAN

MAGISTRATE WILKINSON

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Final Motion to Dismiss with Prejudice of plaintiff, Susan Norton;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against defendant, The

Equitable Life Assurance Society of the United States, in the above-captioned matter be and these

are hereby **DISMISSED** with prejudice, and as of compromise and settlement, the parties to bear

their own costs.

New Orleans, Louisiana, this ___3___ day of ___January___, 2000.

_____
UNITED STATES DISTRICT JUDGE